## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EDIE WHITING, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY, a foreign insurance company,<br><br>　　　　　　Defendant. | Case No. 4:18-CV-202-JHP-JFJ |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff, Edie Whiting, and Defendant, Transamerica Life Insurance Company, hereby stipulate to the dismissal with prejudice of all claims in this lawsuit. Each party will bear its own attorney fees and costs.

Respectfully submitted,　　　　　　　　　Respectfully submitted,

/s/ Kris Ted Ledford　　　　　　　　　　　/s/ Jeffrey J. Wolf
KRIS TED LEDFORD, OBA #17552　　　　(*signed by filing attorney with permission of*
LEDFORD LAW FIRM　　　　　　　　　　*non-filing attorney*)
Heritage Professional Plaza　　　　　　　　JEFFREY J. WOLF
425 East 22nd Street, Suite 101　　　　　　Texas Bar No. 21849012
Owasso, OK  74055　　　　　　　　　　　THE WOLF LAW FIRM P.C.
Telephone: (918) 376-4610　　　　　　　　1360 N. White Chapel Blvd.
Facsimile: (918) 376-4993　　　　　　　　Southlake, TX  76092
Email: kris@ledford-lawfirm.com　　　　　Telephone: (817) 552-9653
　　　　　　　　　　　　　　　　　　　　Facsimile: (817) 552-0300
*and*　　　　　　　　　　　　　　　　　Email: jwolf@wolflawpc.com

　　　　　　　　　　　　　　　　　　　　　　*and*
PATRICK H. KERNAN, OBA #4983
Heritage Professional Plaza　　　　　　　　George R. Mullican, OBA #16701
425 East 22nd Street, Suite 101　　　　　　MULLICAN & HART, P.C.
Owasso, OK  74055　　　　　　　　　　　15 East Fifth Street, Suite 2200
Telephone: (918) 376-4610　　　　　　　　Tulsa, OK  74103
Facsimile: (918) 376-4993　　　　　　　　918-794-6500 Telephone
Email: pkernan@kernanlegal.com　　　　　918-794-6068 Facsimile
　　　　　　　　　　　　　　　　　　　　Email: gmullican@mullicanhart.com

*ATTORNEYS FOR PLAINTIFF*　　　　　　*ATTORNEYS FOR DEFENDANT*
　　　　　　　　　　　　　　　　　　　　*TRANSAMERICA LIFE INSURANCE*
　　　　　　　　　　　　　　　　　　　　*COMPANY*

## CERTIFICATE OF SERVICE

This is to certify that on this 26th day of June, 2018, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronica Filing to the following ECF registrants:

JEFFREY J. WOLF
THE WOLF LAW FIRM P.C.
1360 N. White Chapel Blvd.
Southlake, TX  76092

*Attorney for Defendant*

GEORGE R. MULLICAN
MULLICAN & HART, P.C.
15 East Fifth Street, Suite 2200
Tulsa, OK  74103

*Attorney for Defendant*

/s/ Kris Ted Ledford
KRIS TED LEDFORD